IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION AT GREENEVILLE

| | |
|---|---|
| WESTFIELD NATIONAL INSURANCE COMPANY and UNITED STATES LIABILITY INSURANCE GROUP,<br><br>    Plaintiffs,<br><br>v.<br><br>STEVEN MCRAE d/b/a MCRAE PLUMBING & EXCAVATING,<br><br>    Defendant. | No. 2:20-CV-00115<br>TWELVE-MEMBER<br>JURY DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Come now Jason E. Fisher, Esq. and the law firm Fisher | Russell PLLC and hereby enter an appearance as the attorneys of record for Steven McRae d/b/a McRae Plumbing & Excavating.

All pleadings and notices and other documents to be served upon Steven McRae d/b/a McRae Plumbing & Excavating are hereby requested to be served upon Jason E. Fisher, Esq. as counsel of record and delivered or mailed to Fisher | Russell, PLLC, 10265 Kingston Pike, Suite C, Knoxville, TN 37922.

This the 15th day of July, 2020.

Respectfully submitted,

  /s/ Jason E. Fisher
Jason E. Fisher, Esq. (TNBPR# 021467)
FISHER | RUSSELL, PLLC
10265 Kingston Pike, Suite C
Knoxville, TN 37922
Ph: (865) 259-7777
Fax: (865) 322-9998
jfisher@fisher-russell.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 15th day of July, 2020, a copy of the foregoing **Notice of Appearance of Counsel for Defendant Steven McRae d/b/a McRae Plumbing & Excavating** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

/s/ Jason E. Fisher
Jason E. Fisher (BPR #021467)